IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MANUEL GALLEGOS  *
    Petitioner  *
v.  *
  *  CA-3:05-CV-0029-H
DOUGLAS DRETKE, DIRECTOR, TEXAS  *
DEPARTMENT OF CRIMINAL JUSTICE  *
    Respondent  *

### ORDER

Before the Court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed June 13, 2005, and Petitioner's Objection thereto, filed June 20, 2005.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings and Conclusions of the Magistrate Judge and Petitioner's Objections. Having done so, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Petitioner's Objections are **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED.

DATED: June 21st, 2005

BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS